**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BERNARD C. JERRY, | : | No. 28 WAP 2018 |
| | : | |
| Appellant | : | Appeal from Order of the |
| | : | Commonwealth Court entered June |
| | : | 18, 2018 at No. 171 MD 2016. |
| v. | : | |
| | : | |
| | : | |
| DAVID J. LOZIER, ANDREW FILKOSKY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

 **AND NOW,** this 26th day of April, 2019, the order of the Commonwealth Court is **AFFIRMED**.